# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**Edward R. Purser**
       Plaintiff
  vs.                       **CASE NUMBER: 5:10-CV-890 (NAM/ATB)**

**Panama Star Group of America, Inc., and Mirabella Foundation, A Panama Foundation**
       Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for Default Judgment is GRANTED, Plaintiff, Edward R. Purser is awarded Default Judgment in the sum of $100,240.00 in damages.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 5th day of March, 2013.

DATED: March 6, 2013

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk